## STEVENS v. SHANDS et al.

No. 11528—Opinion Filed July 10, 1923.

**Former Case Controlling.**

The syllabus in this case is the same as adopted in case No. 11529, Fred L. Stevens v. W. E. Grisso, which opinion was filed on June 26, 1923, 91 Okla. —, 216 Pac. 671.

(Syllabus by Foster, C.)

Commissioners' Opinion, Division No. 5.

Error from District Court, Seminole County; J. W. Bolen, Judge.

Proceedings between Fred L. Stevens and H. J. Shands and Fannie Shands. From the judgment rendered, the former appeals. Reversed and remanded, with directions.

A. C. Markley, for plaintiff in error.

A. M. Fowler and Willmott & Roberts, for defendants in error.

Opinion by FOSTER, C. The facts in this case are similar to those in the case of Fred L. Stevens v. W. E. Grisso (No. 11529), decided the 26th day of June, 1923, and the decision in that case is decisive of the questions involved in this case.

The judgment of the trial court is reversed, and cause remanded, with directions to grant a new trial.

By the Court: It is so ordered.